```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------X
DANTE GOODEN, GILBERT MORALES, and
NYKKO GRAY,

                    Plaintiffs,
                                              ADOPTION ORDER
          -against-                           19-CV-0297(JS)(SIL)

NUZZOLESE BROS ICE CORPORATION, VNLI
CONSULTANCY CORP., and VINCENT NUZZOLESE,

                    Defendants.
------------------------------------X
APPEARANCES
For Plaintiffs:       Thomas Daniel Barra, Esq.
                      Barra & Associates, PLLC
                      401 Broadway, Suite 806
                      New York, New York  10013

For Defendants:       Desiree Mia Gargano, Esq.
                      Douglas E. Rowe, Esq.
                      Certilman Balin Adler & Hyman, LLP
                      90 Merrick Avenue, 9th Floor
                      East Meadow, New York  11554
```

SEYBERT, District Judge:

Plaintiffs Dante Gooden, Gilbert Morales, and Nykko Gray ("Plaintiffs") commenced this action against Nuzzolese Bros Ice Corporation, VNLI Consultancy Corp., and Vincent Nuzzolese ("Defendants"), for violations of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §§ 201, et seq., and the New York Labor Law ("NYLL"), N.Y. Lab. Law §§ 190, et seq. (See Compl., ECF No. 1.) On October 22, 2021, Magistrate Judge Steven I. Locke issued a sua sponte Report and Recommendation ("R&R") recommending that the Court dismiss this action pursuant to Federal Rule of Civil

1

Procedure 41(b) for failure to prosecute and comply with Court orders.  On October 25, 2021, Defendants served the R&R on Plaintiffs.  (Cert. Serv., ECF No. 27.)

The time to object has expired and no objections to the R&R have been filed.  Upon careful review and consideration, the Court finds Judge Locke's R&R to be comprehensive, well-reasoned, and free of clear error.  Accordingly, the Court ADOPTS the R&R (ECF No. 26) in its entirety.

The Clerk of the Court is respectfully directed to enter judgment accordingly and mark this case CLOSED.

SO ORDERED.

/s/ JOANNA SEYBERT
Joanna Seybert, U.S.D.J.

Dated: November  19 , 2021
       Central Islip, New York

2